UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Miami)

CASE NO. 1:22-cv-23009-JEM

CATERPILLAR CREDITO, S.A. DE
S.V., SOCIEDAD FINANCERA DE
OBJECTO MULTIPLE, E.R.,

    Plaintiff,

v.

VENEQUIP MACHINERY SALES
CORPORATION,

    Defendant.
_____/

### NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8 and Section 2.15.00 of the Court's Internal Operating Procedures, Defendant Venequip Machinery Sales Corporation ("Venequip"), respectfully notifies this Court of a related lower-numbered action, *Caterpillar Financial Services Corp. v. Venequip Machinery Sales Corp.*, Case No. 1:22-CV-23002-SCOLA/GOODMAN (S.D. Fla.).

Both actions were filed on September 20, 2022. The deadline for Venequip to respond to both Complaints is December 5, 2022. The parties have filed a joint motion to transfer this case to Judge Scola under IOP Section 2.15.00.

Dated: November 21, 2022.

    Respectfully submitted,

    **GREENBERG TRAURIG, P.A.**
    333 SE 2nd Avenue Suite 4400
    Miami, FL  33131
    Telephone:  (305) 579-0500
    Facsimile:   (305) 579-0717

    By: /s/ *Evelyn A. Cobos*
    **Evelyn A. Cobos**
    Florida Bar No. 092310
    cobose@gtlaw.com

**Gabriel A. Diaz**
Florida Bar. No. 1030750
diazg@gtlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of November, 2022, the foregoing was filed electronically and notification of this filing is to be provided to counsel of record by the Court's ECF filing system.

<u>*/s/ Evelyn A. Cobos*</u>
EVELYN A. COBOS